Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30515−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shiquera Nicole Pearsall
   1211 Mattison Ave
   Asbury Park, NJ 07712

Social Security No.:
   xxx−xx−1686

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/9/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 9, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-30515-MBK

Shiquera Nicole Pearsall     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Mar 09, 2023     Form ID: 148     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shiquera Nicole Pearsall, 1211 Mattison Ave, Asbury Park, NJ 07712-6737 |
| 518541443 | + | Allstate New Jersey, c/o Sarah Nicole Waymire, Esq., 50 West San Fernando Street, San Jose, CA 95113-2429 |
| 518541444 | + | Brittany Soto, c/o Dwight P. Ransom, 2300 State Route 66, Suite 201, Neptune, NJ 07753-4070 |
| 518541447 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 518541449 | | Driver Records Management Bureau, PO Box 134, Trenton, NJ 08666-0134 |
| 518541450 | + | Dwight P. Ransom Esq., 2300 State RT 66, Ste. 201, Neptune, NJ 07753-4070 |
| 518541451 | | EOG Properties, LLC, c/o Jerrold N. Kaminsky, Esq., 3084 NJ-27, Kendall Park, NJ 08824 |
| 518541452 | | Excel Urgent Care of NJ LLC, 484 Temple Hill Rd., Ste. 104, New Windsor, NY 12553-5529 |
| 518541463 | | Jersey Shore Medical Center, Po Box 650292, Dallas, TX 75265-0292 |
| 518541464 | + | Lisa Mccreery, c/o Dwight P. Ransom, 2300 State Route 66, Suite 201, Neptune, NJ 07753-4070 |
| 518541465 | + | Monmouth County Probation, 20 Gibson Place, Freehold, NJ 07728-4838 |
| 518541466 | + | Monmouth County Superior Court, Courthouse, 71 Monument Park, Freehold, NJ 07728-1789 |
| 518541467 | + | Neptune Housing Associates, LLC, c/o Sobel Han, LLP, 120 Sylvan Avenue, Suite 304, Englewood Cliffs, NJ 07632-2505 |
| 518541470 | + | New Jersey Natural Gas, 1415 Wyckoff Road, P.O. Box 1378, Wall, NJ 07719-1378 |
| 518541477 | + | State of New Jersey, Motor Vehicle Surcharge Violations, PO Box 1502, Moorestown, NJ 08057-9704 |
| 518541479 | + | State of New Jersey, 125 W State St,, Trenton, NJ 08608-1101 |
| 518589219 | + | State of New Jersey, Dept. of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 518541478 | | State of New Jersey, Dept. of Labor and Workforce Development, PO Box 951, Trenton, NJ 08625-0951 |
| 518541476 | + | State of New Jersey, Motor Vehicle Comission, PO Box 134, Trenton, NJ 08666-0134 |
| 518541475 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 518541483 | + | Visa Card Services, P.O. Box 219736, Kansas City, MO 64121-9736 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518541445 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 09 2023 20:39:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 518541446 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 09 2023 20:39:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 518541448 | + | EDI: DCI.COM | Mar 10 2023 01:32:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 518541453 | + | EDI: CCS.COM | Mar 10 2023 01:32:00 | First Energy, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |

Case 19-30515-MBK    Doc 68    Filed 03/11/23    Entered 03/12/23 00:15:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 148 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518541454 | | Email/Text: bankruptcy@glsllc.com | Mar 09 2023 20:39:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603 |
| 518589755 | | Email/Text: bankruptcy@glsllc.com | Mar 09 2023 20:39:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518541456 | + | EDI: LCIICSYSTEM | Mar 10 2023 01:32:00 | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 518541455 | + | EDI: LCIICSYSTEM | Mar 10 2023 01:32:00 | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 518541458 | | EDI: IRS.COM | Mar 10 2023 01:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518541460 | | EDI: JEFFERSONCAP.COM | Mar 10 2023 01:32:00 | Jefferson Capital Systems LLC, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 518573637 | | EDI: JEFFERSONCAP.COM | Mar 10 2023 01:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518541461 | | EDI: JEFFERSONCAP.COM | Mar 10 2023 01:32:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518541471 | + | Email/Text: ngisupport@radiusgs.com | Mar 09 2023 20:40:00 | NJ Natural Gas, c/o Radius Global Solutions LLC, PO Box 390916, Minneapolis, MN 55439-0911 |
| 518541469 | + | Email/PDF: bankruptcy@ncfsi.com | Mar 09 2023 20:36:12 | New Century Financial, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 518541472 | | Email/Text: bankruptcies@penncredit.com | Mar 09 2023 20:40:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 518644077 | | Email/Text: perituspendrick@peritusservices.com | Mar 09 2023 20:39:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518541468 | | Email/Text: signed.order@pfwattorneys.com | Mar 09 2023 20:39:00 | New Century Financial, c/o Ralph Gulko, Esq., Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 518635090 | | EDI: Q3G.COM | Mar 10 2023 01:32:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518541474 | | EDI: AISSPRINT | Mar 10 2023 01:32:00 | Sprint, P. O. Box 4191, Carol Stream, IL 60197-4191 |
| 518541480 | + | EDI: VERIZONCOMB.COM | Mar 10 2023 01:32:00 | Verizon Cable, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 518541481 | + | EDI: VERIZONCOMB.COM | Mar 10 2023 01:32:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518541482 | + | EDI: VERIZONCOMB.COM | Mar 10 2023 01:32:00 | Verizon Wireless/Cellco Partnership, 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518541457 | * | Internal Revenue Service, c/o The CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 518541459 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518541462 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 518924438 | ##+ | ACI Medical & Dental School, 2 Meridian Road, Eatontown, NJ 07724-4233 |
| 518541473 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 09, 2023 | Form ID: 148 | Total Noticed: 45

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Global Lending Services LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Shiquera Nicole Pearsall courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5